## Second Department, October, 1936.
### (October 1, 1936.)

In the Matter of the Appointment of Honorable ISAAC M. KAPPER as an Official Referee.— Honorable Isaac M. Kapper appointed an official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell, Davis, Johnston, Adel and Taylor, JJ.

### (October 2, 1936.)

BRIGHT TILE CORPORATION, Respondent, v. SOBRAY WHITCOMB CO., INC., Appellant.— Motion to dismiss appeal denied. Case ordered to be placed at the foot of the October term calendar. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

CAPITAL COMPANY, a California Corporation, Respondent, v. WILLIAM Fox and EVA Fox (Mrs. WILLIAM Fox), Appellants.— Pending the hearing and determination of the appeal, the stay granted in the order to show cause is continued as to items 1, 9 and 10 of the order from which the appeal is taken. In so far as that order provides for the discovery and inspection of certain books and papers, the discovery and inspection must be limited to the books and papers remaining in the custody of the appellants. The examination, discovery and inspection to the extent allowed herein shall proceed on three days' notice; without prejudice to the appeal. The appeal is to be perfected and brought on for argument on Friday, October 9, 1936; otherwise, the motion is denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MORRIS GOLDSTEIN, as Administrator, etc., of SAM GOLDSTEIN, Also Known as SAM GOLD, Respondent, v. U. S. SMOKED FISH DISTRIBUTORS, INC., Appellant, and Others, Defendants.— Motion for a stay pending the hearing and determination of the appeal granted upon condition that appellant perfect the appeal for Friday, October ninth (for which day the case is ordered on the calendar), and be ready for argument when reached, and upon the further condition that within two days from the entry of the order hereon the defendant-appellant file a corporate undertaking that upon the affirmance of the order it will pay to the plaintiff all moneys directed by the order, including the advance payments; otherwise denied. We are of opinion that the present undertaking is insufficient. (*Mossein* v. *Empire State Surety Co.*, 97 App. Div. 230; 117 id. 820; Civ. Prac. Act, § 614.) Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

EDWIN B. MOORE, Respondent, v. UNITED STATES CREMATION CO., LTD., Appellant.— Motion to adjourn argument of appeal denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HECKINGER, Appellant.— Motion for enlargement of time to the October term granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALAN VANET, Appellant.— Motion for enlargement of time granted and appeal ordered to be added to the October term calendar. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.